IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CASEY JONES, et al.<br>       Plaintiffs | * | |
| | * | |
|       vs. | * | Civil Action No.:   DKC 2007-1871 |
| | * | |
| COSMETIC SURGERY<br>INTERNATIONAL, INC., et al.<br>       Defendants | * | |

******

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This court has been advised by the parties that the claims between Plaintiffs and the Defendants Stephen Giunta and Stephen X. Giunta MD Ltd. have been settled, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

The Defendants Stephen Giunta and Stephen X. Giunta MD Ltd. are hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

Date:   May 19, 2008                          /s/
                                                         DEBORAH K. CHASANOW
                                                       United States District Judge