IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASEY JONES, ET AL. | : |
| | : |
| v. | :    Civil Action No. DKC 2007-1871 |
| | : |
| COSMETIC SURGERY INTERNATIONAL, INC., ET AL. | : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of June, 2008, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss of Defendants CSI, Inc., Jonathan Yaker, Christopher Solton, and Eric Stuart (paper 20), BE and the same hereby IS, GRANTED IN PART AND DENIED IN PART;

2. Plaintiffs' claims against Defendants Jonathan Yaker and Christopher Solton BE and the same hereby ARE, DISMISSED;

3. The motion of Plaintiffs Casey and Charlotte Jones to transfer (paper 34), BE, and the same hereby IS, GRANTED as pertains to the claims against Defendants CSI, Inc., Eric Stuart, and Dr. Christopher Johnson;

4. This case BE, and the same hereby IS, TRANSFERRED to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1406(a);

5. The clerk take all necessary steps to effectuate the transfer promptly;

6.  The Clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.


                                  _____/s/_____
                                  DEBORAH K. CHASANOW
                                  United States District Judge